■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS DULAK, Appellant. [893 NYS2d 798]—Appeal from a judg-

ment of the Supreme Court, Erie County (John L. Michalski, A.J.), rendered April 29, 2008. The judgment convicted defendant, upon his plea of guilty, of robbery in the second degree (three counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Smith, Fahey and Lindley, JJ.